IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MOUNTAIN PURE, LLC, ANGELA SMITH
GERALD MILLER, COURT STACKS,
KIMBERLY HARBESON, SCOTT MORGAN,
TRACY BUSH, QUNITON RILEY, KADEENA
DEPRIEST, WILLIAM MORRIS                                                PLAINTIFFS

v.                            Case No. 4:13CV00119 KGB

CYNTHIA M. ROBERTS,
BOBBI SPRADLIN, AND JOHN DOES 1-20                                      DEFENDANTS

## ORDER

Pursuant to the General Administrative Order entered by Chief Judge Brian S. Miller on October 4, 2013, the Initial Scheduling Order is hereby vacated (Dkt. No. 9).

SO ORDERED this the 8th day of October, 2013.

_____
Kristine G. Baker
United States District Judge