**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **MOUNTAIN PURE, LLC, ANGELA SMITH GERALD MILLER, COURT STACKS, KIMBERLY HARBESON, SCOTT MORGAN, TRACY BUSH, QUNITON RILEY, KADEENA DEPRIEST, WILLIAM MORRIS** | | **PLAINTIFFS** |
| v. | Case No. 4:13-cv-00119-KGB | |
| **CYNTHIA M. ROBERTS, BOBBI SPRADLIN, AND JOHN DOES 1-20** | | **DEFENDANTS** |

**ORDER**

Before the Court are defendants' motion to dismiss (Dkt. No. 11) and plaintiffs' motion for leave to file amended complaint (Dkt. No. 17). Defendants have not responded to plaintiffs' motion for leave to file amended complaint, and the time for doing so has passed. Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." For good cause shown, plaintiffs' motion is granted. The Clerk of the Court is directed to file separately plaintiffs' amended complaint, which is attached to plaintiffs' motion for leave to file amended complaint (Dkt. No. 17). Also, due to the nature of this Order, defendants' motion to dismiss, which is based on plaintiffs' non-amended complaint, is denied as moot (Dkt. No. 11).

SO ORDERED this the 20th day of December, 2013.

_____
Kristine G. Baker
United States District Judge