IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MOUNTAIN PURE, LLC, ANGELA SMITH
GERALD MILLER, COURT STACKS,
KIMBERLY HARBESON, SCOTT MORGAN,
TRACY BUSH, QUNITON RILEY, KADEENA
DEPRIEST, WILLIAM MORRIS                                                PLAINTIFFS

v.                          Case No. 4:13-cv-00119-KGB

CYNTHIA M. ROBERTS,
BOBBI SPRADLIN, AND JOHN DOES 1-20                               DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this date, it is considered, ordered, and adjudged that this case be dismissed. The Court dismisses without prejudice all claims against John Does 1-20 and dismisses with prejudice all other claims. All other pending motions are denied as moot. The relief sought is denied.

SO ADJUDGED this the 19th day of March, 2015.

_____
Kristine G. Baker
United States District Judge